# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WESLEY MULLINAX, individually and on behalf of all others similarly situated, | NO. 1:10-CV-03585-JEC |
| Plaintiffs, | Class Action |
| vs. | **DECLARATION OF GLENN KOWALSKI IN SUPPORT OF DEFENDANT UNITED MARKETING GROUP'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, COMPEL ARBITRATION** |
| UNITED MARKETING GROUP, LLC, an Illinois limited liability company; and PERMISSION INTERACTIVE, INC., a California corporation, | |
| Defendants. | |

# DECLARATION OF GLENN KOWALSKI

I, Glenn Kowalski, declare and state as follows:

1.  I am over 18 years old. The facts set forth in this declaration are based on my personal knowledge, as well as on my review of the business records of my employer, United Marketing Group, LLC. ("UMG"). If called as a witness, I could and would competently testify to all of these facts.

2.  I am the Vice President of Operations and Compliance for UMG and have been employed by UMG since approximately July 2002. Among other things, I am responsible for overseeing all compliance initiatives for UMG, which includes monitoring all marketing activities.

3.  UMG markets and sells various subscription products and services to consumers over the internet and through other means. UMG markets and sells its products and services through its own websites, as well as websites operated by third parties, including Permission Interactive. Two subscription services offered by UMG are Buyer's Edge and MyAdvisor. Consumers who subscribe to Buyer's Edge and MyAdvisor receive access to special discounts, savings and coupons offered by various retailers and third party benefit providers. UMG charges a monthly subscription fee directly to the subscriber's credit card account.

4. All consumers who enroll in UMG's membership services online must complete the webpage enrollment process prescribed in UMG's online enrollment pages.

5. Attached as **Exhibit A** is a true and correct copy of the enrollment page through which Wesley Mullinax ("Plaintiff") enrolled in Buyer's Edge.

6. Attached as **Exhibit B** is a true and correct copy of the enrollment page through which Plaintiff enrolled in MyAdvisor.

7. Attached as **Exhibit C** is a true and correct copy of the complete Terms & Conditions displayed on the Buyer's Edge website.

8. UMG maintains records for every member of Buyer's Edge and MyAdvisor. For members who have cancelled their subscription, UMG's records reflect, among other things, how and when the member cancelled the subscription and the amount in refunds or credits, if any, that UMG issued to that member. I have reviewed UMG's records relating to Plaintiff's membership in Buyer's Edge and MyAdvisor.

9. According to UMG's records, on May 25, 2010, Plaintiff cancelled his subscriptions to Buyer's Edge and MyAdvisor through UMG's customer service department. At that time, UMG refunded Plaintiff's credit card three months for each subscription ($44.85 for Buyer's Edge and $44.85 for

MyAdvisor). UMG subsequently credited all remaining subscription fees to Plaintiff's credit card ($74.75 for Buyer's Edge and $74.75 for MyAdvisor).

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct, and that this declaration was executed by me on December 2, 2010 in Schaumburg, Illinois.

_____
Glenn Kowalski

300182486.2